1

2

3

4

5

6                            UNITED STATES DISTRICT COURT

7                                   DISTRICT OF NEVADA

8                                          * * *

9

10    MAX REED,                                  Case No. 3:14-cv-00313-MMD-VPC

11                              Plaintiff,
                                                 ORDER ACCEPTING AND ADOPTING
12          v.                                   REPORT AND RECOMMENDATION OF
                                                 MAGISTRATE JUDGE
13    NEVADA DEPARTMENT OF                        VALERIE P. COOKE
      CORRECTIONS, et al.,
14                              Defendants.

15

16          Before the Court is the Report and Recommendation of United States Magistrate

17   Judge Valerie P. Cooke (ECF No. 127.) ("R&R") relating to Plaintiff's identical motions

18   for a temporary restraining order and preliminary injunction ("Motion"). (ECF Nos. 96,

19   97.) Plaintiff had until May 14, 2016, to object to the R&R. To date, no objection has

20   been filed.

21          This Court "may accept, reject, or modify, in whole or in part, the findings or

22   recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party

23   timely objects to a magistrate judge's report and recommendation, then the court is

24   required to "make a *de novo* determination of those portions of the [report and

25   recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails

26   to object, however, the court is not required to conduct "any review at all . . . of any issue

27   that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

28   Indeed, the Ninth Circuit has recognized that a district court is not required to review a

1  magistrate judge's report and recommendation where no objections have been filed. *See*

2  *United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard

3  of review employed by the district court when reviewing a report and recommendation to

4  which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219,

5  1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the

6  view that district courts are not required to review "any issue that is not the subject of an

7  objection."). Thus, if there is no objection to a magistrate judge's recommendation, then

8  the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F.

9  Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to

10  which no objection was filed).

11      Nevertheless, this Court finds it appropriate to engage in a *de novo* review to

12  determine whether to adopt Magistrate Judge Cooke's R&R. The Magistrate Judge

13  recommended that Plaintiff's Motion (ECF Nos. 96, 97) be denied. Upon reviewing the

14  R&R and the underlying briefs, this Court finds good cause to adopt the Magistrate

15  Judge's R&R in full.

16      It is therefore ordered, adjudged and decreed that the Report and

17  Recommendation of Magistrate Judge Valerie P. Cooke (ECF No. 127) is accepted and

18  adopted in its entirety.

19      It is ordered Plaintiff's Motion for a temporary restraining order and preliminary

20  injunction (ECF Nos. 96, 97) is denied.

21      It is further ordered that Plaintiff's motion to supplement his Motions (ECF No.

22  109) is granted.

23      It is further ordered that Plaintiff's motions requesting a status check on the status

24  of his Motions (ECF Nos. 114, 122) are denied as moot. Plaintiff's second motion

25  requesting a status check asks the Court to clarify what steps he may take to appeal the

26  Court's ruling in the event the Court denies his Motions.  The Court cannot offer advisory

27  ///

28  ///

ruling or give legal advice. Plaintiff should refer to 28 U.S.C. § 1292, which governs appeals of interlocutory orders such as an order denying preliminary injunction.

DATED THIS 23rd day of May 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE