## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| MAX REED, II, | ) | 3:14-CV-0313-MMD (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | October 19, 2016 |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has appealed the District Court's order denying his motions for preliminary injunction (ECF No. 144). Plaintiff's motion for transcripts are government expense (ECF No. 150) is **DENIED**. Plaintiff has not designated any specific transcripts nor has he shown good cause for the production of any transcripts at government expense as required by 28 U.S.C. § 753(f).

To the extent that plaintiff is seeking records to be used on appeal, plaintiff is advised that when a notice of appeal is filed, the entire court file is designated as the "record on appeal." Plaintiff is further advised that because he is proceeding without counsel, the excepts of record requirement is waived. *See* 9th Cir. R. 30-1.2. Appellees' supplemental excerpts of record are limited to the district court docket sheet, the notice of appeal, the judgment or order appealed from, and any specific portions of the record cited in appellees' brief. *See* 9th Cir. R. 30-1.7.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
       Deputy Clerk